IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

In regards to:                              )
                                            )    Chapter 13 Proceeding
    RICHARD T. LITES and             )    Case No. 05-45957 (Chicago)
    CATHERINE L. LITES,              )    Honorable Susan Pierson Sonderby
                                            )
        Debtors,               )

## STATEMENT OF OUTSTANDING OBLIGATIONS

PLEASE TAKE NOTICE that Household Finance Corporation III ("Household"), a creditor of Debtors Richard T. Lites and Catherine L. Lites (collectively, the "Debtors"), submits this Statement of Outstanding Obligations itemizing certain post-petition obligation due Household which Debtors have failed to remit.

According to Household's records, the Debtors' account is currently 10 months in arrears. The total amount owed is determined as follows:

| Month | Amount |
|---|---|
| August 2006 | $ 181.34 |
| September 2006 | 345.87 |
| October 2006 | 345.87 |
| November 2006 | 345.87 |
| December 2007 | 345.87 |
| January 2007 | 345.87 |
| February 2007 | 345.87 |
| March 2007 | 345.87 |
| April 2007 | 345.87 |
| May 2007 | 345.87 |
| Total: | $ 3,294.07 |

Household hereby requests that the Debtors propose a modified plan to provide for payment of this post-petition arrearage.

                                                                                            /s/ *Casey B. Hudson*

Casey B. Hudson, Esq.
Larson & Associates, P.C.
230 W. Monroe-Suite 2220
Chicago, Illinois 60606
(312) 422-1900
ARDC No. 6289784